UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SELECTIVE INSURANCE COMPANY,

                              Plaintiff,

-against-

TOWN OF WILTON,

                              Defendant.

-----------------------------------------------------------x

07-CV-01271 (GLS) (RFT)

**NOTICE OF DISMISSAL OF ACTION PURSUANT TO FRCP RULE 41**

       Plaintiff, Selective Insurance Company, by its attorney, James W. Borkowski, Of Counsel to Keane & Beane, P.C., hereby dismisses the above-captioned action, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       December 24, 2007

By: _____
James W. Borkowski (JB 9143)
*Attorney for Plaintiff*
445 Hamilton Avenue, 15th Floor
White Plains, New York 10601
(914) 946-4777

SO ORDERED:

_____
U.S. District Judge
Date: 1/23/08